1 | DANNING JIANG (CA Bar No. 196985)
  | LAW OFFICES OF DANNING JIANG
2 | 271 North First Street
  | San Jose, CA 95113
3 | Telephone: (408) 299-0800
  | Facsimile:  (408) 299-0300
4 | E-mail:    djiang@jianglawgroup.com

5 | Attorneys for Defendants
  | EDENVALE INVESTMENT CO., INC.,
6 | PATRICK CURCI, ALICIA CURCI, and
  | JDING STEVENS CREEK PROPERTIES, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| RICHARD JOHNSON,<br><br>            Plaintiff,<br><br>    v.<br><br>EDENVALE INVESTMENT CO., INC., PATRICK CURCI, ALICIA CURCI, JDING STEVENS CREEK PROPERTIES, LLC; and DOES 1-10, Inclusive,<br><br>            Defendants, | Case No. 5:18-cv-00530-HRL<br><br>**STIPULATION AND XXXXXXXX ORDER FURTHER ENLARGING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Date:<br>Time:<br>Courtroom:   5, 5th Floor<br>             280 South 1st Street,<br>             San Jose, CA 95113<br><br>Judge:       Hon. Howard R. Lloyd<br><br>Re:  Dkt. 24 |

```
 1                    STIPULATION AND XXXXXXXX ORDER
 2          Plaintiff RICHARD JOHNSON and Defendants EDENVALE INVESTMENT CO.,
 3   INC., PATRICK CURCI, ALICIA CURCI, and JDING STEVENS CREEK PROPERTIES,
 4   LLC (collectively the "Parties"), by and through their respective counsel, state as follows:
 5          WHEREAS, Plaintiff filed this action on January 24, 2018. Defendant DAVID BIDER
 6   was dismissed from the action on February 14, 2018;
 7          WHEREAS, Parties previously stipulated and the Court granted an extension for
 8   Defendants to file their initial response by April 5, 2018; and
 9          WHEREAS, Parties are engaging in settlement discussions;
10          NOW THEREFORE, the Parties, by and through their counsel, stipulate as follows:
11          •   Defendants shall file their initial response to the Complaint by May 7, 2018;
12   IT IS SO STIPULATED.
13
14   DATED: March 30, 2018           LAW OFFICES OF DANNING JIANG
15
16                              By  _____
                                    DANNING JIANG
17                                  Attorneys for Defendants
18
19   DATED: 4/2, 2018               SARRAIL, CASTILLO & HALL, LLP
20
                                By  _____
21                                  MONICA CASTILLO
                                    Attorneys for Plaintiff
22
23
24                            XXXXXXXX ORDER
25   PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.
26
27   Dated: April 5, 2018
                                    _____
28                                  HONORABLE HOWARD R. LLOYD
                                    UNITED STATES MAGISTRATE JUDGE
```